1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN CATANZARITE,                      1:13-cv-00182-SAB (PC)

12           Plaintiff,                     ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
13       vs.                                OR PAY FILING FEE WITHIN 45 DAYS

14   DR. JEFFREY BEARD,

15           Defendant.
     _____/
16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted the correct application to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.

20          Accordingly, IT IS HEREBY ORDERED that:

21      1.      Within forty-five (45) days of the date of service of this order, Plaintiff shall submit

22              the attached application to proceed in forma pauperis, completed and signed, or in the

23              alternative, pay the $350.00 filing fee for this action.  **No requests for extension will**

24              **be granted without a showing of good cause**.

25      2.      Within sixty (60) days of the date of service of this order, Plaintiff shall submit a

26              certified copy of his/her prison trust statement for the six month period immediately

27              preceding the filing of the complaint.

28   ///

                                             -1-

1

**Failure to comply with this order will result in dismissal of this action.**

2

IT IS SO ORDERED.

3

    **Dated:**   **February 11, 2013**

UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-